IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MISSISSIPPI TRANSPORTATION COMMISSION**                           **PLAINTIFF**

                                                                                                 CAUSE NO:   2:24-cv-26-KS-MTP
**vs.**                                                              DISTRICT JUDGE:   Starrett
                                                                             U.S. MAGISTRATE JUDGE:  Parker

**IRON HORSE INVESTMENT GROUP, LLC**
**d/b/a CANNON TRANSPORT**
**and THANHHOANG QUANG NGUYEN**                                     **DEFENDANTS**

**NOTICE OF REMOVAL**

      **NOW COMES** Defendant, Iron Horse Investment Group, LLC d/b/a Cannon Transport, by and through counsel, and hereby gives notice of removal of the above-titled action, which is filed as Civil Action Number 31:CI1:23-cv-00093-P1 in the Circuit Court of Jasper County Mississippi, from said court to the United States District Court for the Southern District of Mississippi, Eastern Division. This Notice of Removal is filed pursuant to 28 U.S.C. § 1332, 28 U.S.C. §1441 and 28 U.S.C. §1446.

      1.    Civil Action Number 31:CI1:23-cv-00093-P1 in the Circuit Court of Jasper County Mississippi, which is styled *"Mississippi Transportation Commission v. Iron Horse Investment Group, LLC d/b/a Cannon Transport and Thanhhoang Quang Nguyen,"* is a civil action that was filed on December 15, 2023, and served on certain Defendant as early as February 8, 2024.

      2.    Under 28 U.S.C. § 1332(a), diversity jurisdiction exists when a civil action is between citizens of different states and the amount in controversy exceeds $75,000.00.

      3.    The Mississippi Transportation Commission alleges that a red 2007 Peterbilt 387, bearing Texas license plate number R22 999, owned by Defendant, Iron Horse Investment Group,

LLC d/b/a Cannon Transport ("Cannon Transport") and driven by Defendant Nguyen caught fire and negligently parked under the 1-59 bridge in Jasper County. See Complaint, Exhibit 1. The Mississippi Transportation Commission alleges that it is a body corporate of the State of Mississippi. *Id.*

4. Iron Horse Investment Group, LLC d/b/a Cannon Transport is a limited liability company. A limited liability company is a citizen of every state in which one of its members is a citizen. *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). The sole member of Cannon Transport is a citizen of Texas. See Certificate of Formation, Exhibit 2.

5. Cannon Transport is a Texas limited liability company with its principal place of business in Garland, Texas. *Id.*

6. As a result of the foregoing facts, there is complete diversity of citizenship between the parties as defined by 28 U.S.C. §1332(a)(l).

7. Plaintiff's Complaint alleges that Defendants are liable to Plaintiff for negligence resulting in severe burn damage to the I-59 bridge in Jasper County.

8. Plaintiff seeks compensation for the alleged property damage in the amount of $1,005,757.03. Plaintiff has pled damages in excess of $75,000.00. Therefore, this case is removable pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1446.

9. Cannon Transport was served with process on February 8, 2024. See Summons and Proof of Service, Exhibit 3. Thirty days have not elapsed since the Defendant was served with process or became aware that federal jurisdiction exists. Thus, removal is timely as required by 28 U.S.C. §1446(b).

10. Pursuant to 28 U.S.C. § 1446(a), these Defendants have attached hereto a true and correct copy of all state court proceedings. See Copy of All State Court Papers, Exhibit 4.

11. This Defendant will immediately file with the Circuit Court of Jasper County, Mississippi, a true and correct copy of this Notice, thereby effecting removal of this action to this Court. According to 28 U.S.C. §1446(d), no further proceedings shall be had in Jasper County.

12. Pursuant to 28 U.S.C. §1446(a) and consistent with the Certificate of Service, Plaintiff is being provided with a copy of this Notice of Removal.

13. Pursuant to Federal Rule of Civil Procedure 7.1, this Defendant has filed separate Corporate Disclosure Statements.

Respectfully submitted this, the 28th day of February, 2024.

                                             IRON HORSE INVESTMENT GROUP, LLC D/B/A CANNON TRANSPORT

By:  /s/ *Robert P. Thompson*
       ROBERT P. THOMPSON, MSB #8188
       SUSIE A. EATON, MSB #100509

OF COUNSEL:

ROBERT P. THOMPSON, MSB #8188
SUSIE A. EATON, MSB #100509
McAngus, Goudelock and Courie, LLC
1020 Highland Colony Parkway, Suite 706
Ridgeland, Mississippi 39157
(601) 427-7544
(601) 510-9525 (Fax)
bobby.thompson@mgclaw.com
susan.eaton@mgclaw.com
*Attorneys for Iron Horse Investment Group, LLC d/b/a Cannon Transport*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing document was electronically filed through the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This the 28th day of February, 2024.

*/s/ Robert P. Thompson*_____
ROBERT P. THOMPSON