IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MISSISSIPPI TRANSPORTATION**
**COMMISSION**                                                       **PLAINTIFF**

**V.**                                **CIVIL ACTION NO. 2:24-CV-26-KS-MTP**

**IRON HORSE INVESTMENT GROUP,**
**LLC d/b/a CANNON TRANSPORT and**
**THANHHOANG QUANG NGUYEN**                              **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the Court's Order granting the Defendant's motion to withdraw, this action is DISMISSED WITHOUT PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE. This case is closed.

THIS, the 3rd day of May 2024.

                                                              /s/ Keith Starrett
                                                              KEITH STARRETT
                                                              UNITED STATES DISTRICT JUDGE